IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 20-371-MN |
| ) | |
| TRUSTWAVE HOLDINGS, INC., a ) | |
| Delaware Corporation and SINGAPORE ) | |
| TELECOMMUNICATIONS LIMITED, a ) | |
| Singapore Corporation ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Bijal Vakil of White & Case LLP, 13000 El Camino Real, 2 Palo Alto Square, Suite 900, Palo Alto, CA 94306, to represent plaintiff Finjan, Inc., in this matter.

|  |  |
|---|---|
|  | */s/ Karen E. Keller* |
|  | Karen E. Keller (No. 4489) |
| OF COUNSEL: | SHAW KELLER LLP |
| Bijal Vakil | I.M. Pei Building |
| WHITE & CASE LLP | 1105 North Market Street, 12th Floor |
| 3000 El Camino Real | Wilmington, DE 19801 |
| 2 Palo Alto Square, Suite 900 | (302) 298-0700 |
| Palo Alto, CA 94306 | kkeller@shawkeller.com |
| (650) 213-0300 | *Attorneys for Plaintiff* |

Dated: March 18, 2020

## [PROPOSED] ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Bijal Vakil is granted.

_____
United States District Judge

Date: _____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: March 17, 2020

Bijal Vakil  (CA SBN 192878)
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306
(650) 213-0300