IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-371-LPS |
| | ) |
| TRUSTWAVE HOLDINGS, INC. and | ) |
| SINGAPORE TELECOMMUNICATIONS | ) |
| LIMITED, | ) |
| | ) |
| Defendants. | ) |

## FINJAN, INC.'S MOTION TO DISMISS DEFENDANT TRUSTWAVE HOLDINGS INC.'S COUNTERCLAIM AND TO STRIKE ITS LICENSE AFFIRMATIVE DEFENSE

Finjan, Inc. moves for an Order dismissing Defendant Trustwave Holdings, Inc.'s ("Trustwave") Counterclaim to the Complaint (D.I. 11, "Counterclaim") and striking Trustwave's Eleventh, Twelfth, and Thirteenth Affirmative Defenses regarding a license to U.S. Patent No. 8,141,154 (the "'154 Patent"), under Fed. R. Civ. P. 12(b)(6) and 12(f):

This Motion is based upon the attached Opening Brief; the pleadings, records, and files in this action; such other matters of which this Court may or must take judicial notice; and such oral or documentary evidence or oral argument as may be presented at any hearing on this motion.

|  |  |
|---|---|
| | */s/ Jeff Castellano* |
| | Karen E. Keller (No. 4489) |
| OF COUNSEL: | Jeff Castellano (No. 4837) |
| Bijal Vakil | SHAW KELLER LLP |
| WHITE & CASE LLP | I.M. Pei Building |
| 3000 El Camino Real | 1105 North Market Street, 12th Floor |
| 2 Palo Alto Square, Suite 900 | Wilmington, DE 19801 |
| Palo Alto, CA  94306 | (302) 298-0700 |
| (650) 213-0300 | kkeller@shawkeller.com |
| | jcastellano@shawkeller.com |
| | *Attorneys for Plaintiff* |

Dated: June 26, 2020

1