IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN, INC., | ) |
|         Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 20-371 (LPS) |
| TRUSTWAVE HOLDINGS, INC. and SINGAPORE TELECOMMUNICATIONS LIMITED, | ) ) **DEMAND FOR JURY DEMAND** ) ) ) |
|         Defendants. | ) |

**DEFENDANT SINGAPORE TELECOMMUNICATIONS LIMITED'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendant Singapore Telecommunications Limited ("Singtel") moves to dismiss Plaintiff Finjan, Inc.'s Complaint against it. The grounds for this motion are set forth more fully in Singtel's Opening Brief, submitted herewith, and supporting Declarations of Quah Kung Yang and Jared A. Brandyberry and the exhibits thereto.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

―――――――――――――――――――

Jack B. Blumenfeld (#1014)
Alexandra M. Cumings (#6146)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
acumings@mnat.com

*Attorneys for Defendant*
*Singapore Telecommunications Limited*

OF COUNSEL:

John S. Letchinger
BAKER & HOSTETLER LLP
191 North Wacker Drive, Suite 3100
Chicago, IL  60606-1901
(312) 416-6200

Jared A. Brandyberry
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, CO  80202
(303) 764-4072

August 5, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 5, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Jeffrey T. Castellano, Esquire<br>SHAWKELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Bijal Vakil, Esquire<br>WHITE & CASE LLP<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA  94307<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)