

Jeff Castellano
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0703
jcastellano@shawkeller.com

January 22, 2021

**BY CM/ECF**
The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   *Finjan LLC. v. Trustwave Holdings, Inc. et al.*, C.A. No. 20-371-LPS

Dear Chief Judge Stark:

Pursuant to D. Del. L. R. 7.1.4, plaintiff Finjan LLC ('Finjan") respectfully requests oral argument on defendant Singapore Telecommunications Limited's motion to dismiss (D.I. 31).

Briefing on Singtel's motion is complete, and the parties' submissions may be found at Docket Items 32, 49, and 55.

Respectfully submitted,

*/s/ Jeff Castellano*

Jeff Castellano (No. 4837)

cc:   Clerk of the Court (by CM/ECF)
All counsel of record (by CM/ECF and email)