

Jeff Castellano
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0703
jcastellano@shawkeller.com

February 5, 2021

**BY CM/ECF**
The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re: *Finjan LLC. v. Trustwave Holdings, Inc. et al.*, C.A. No. 20-371-LPS

Dear Chief Judge Stark:

Pursuant to D. Del. L. R. 7.1.4, plaintiff Finjan LLC ('Finjan") respectfully requests oral argument on Finjan's Motion to Dismiss Defendant Trustwave Holdings Inc.'s Counterclaim and to Strike Its License Affirmative Defense (D.I. 47).

Briefing on Finjan's motion is complete, and the parties' submissions may be found at Docket Items 48, 54, and 59.

Respectfully submitted,

*/s/ Jeff Castellano*

Jeff Castellano (No. 4837)

cc: Clerk of the Court (by CM/ECF)
   All counsel of record (by CM/ECF and email)