

Jeff Castellano
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0703
jcastellano@shawkeller.com

May 12, 2021

**BY CM/ECF**
The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   *Finjan LLC v. Trustwave Holdings, Inc.*, C.A. No. 20-371-LPS

Dear Chief Judge Stark:

The parties hereby jointly submit a proposed order regarding jurisdictional discovery and other issues, as directed by the Court during the May 7, 2021 hearing in the above-referenced action.

The disputed provisions of the proposed order are bracketed, with each party's position set forth separately.

Counsel and the parties remain available should the Court have any questions, or wish to hear argument on the disputed portions of the proposed order

Respectfully,

*/s/ Jeff Castellano*

Jeff Castellano (No. 4837)

cc:   Clerk of the Court (by CM/ECF)
       All counsel of record (by CM/ECF and email)