# SHAW KELLER LLP

Jeff Castellano
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0703
jcastellano@shawkeller.com

May 28, 2021

**BY CM/ECF**
The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:    *Finjan LLC. v. Trustwave Holdings, Inc.*, C.A. No. 20-371-LPS

Dear Chief Judge Stark:

    Pursuant to D. Del. L. R. 7.1.4, plaintiff Finjan LLC respectfully requests oral argument on defendant Singapore Telecommunications Ltd.'s ("Singtel") Motion to Stay Finjan's Breach of Contract Claim (D.I. 64).

    Briefing on Singtel's motion is complete, and the parties' submissions may be found at Docket Items 65, 69, and 74.

    Respectfully submitted,

    */s/ Jeff Castellano*

    Jeff Castellano (No. 4837)

cc:    Clerk of the Court (by CM/ECF)
       All counsel of record (by CM/ECF and email)