IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 20-371-LPS |
| ) | |
| TRUSTWAVE HOLDINGS, INC., and ) | |
| SINGAPORE TELECOMMUNICATIONS ) | |
| LIMITED, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION TO EXTEND TIME**

WHEREAS, on May 13, 2021, the Court ordered the parties to "meet and confer and submit a proposed case schedule for this action by June 4, 2021 with respect to Finjan's and Trustwave's claims and defenses." (D.I. 68 at ¶ 10); and

WHEREAS, the parties are continuing to exchange scheduling proposals and believe that an extension of the June 4 deadline may permit them to reach agreement or narrow their disputes:

NOW, THEREFORE, the parties hereby STIPULATE and AGREE, subject to the approval of the Court, that the deadline to submit a case schedule with respect to Finjan's and Trustwave's claims and defenses is extended until June 9, 2021.

| | |
|---|---|
| */s/ Jeff Castellano*  | */s/ Alexandra M. Cumings*  |
| Karen E. Keller (No. 4489) | Jack B. Blumenfeld (No. 1014) |
| Jeff Castellano (No. 4837) | Alexandra M. Cumings (No. 6146) |
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT |
| I.M. Pei Building |  & TUNNELL LLP |
| 1105 North Market Street, 12th Floor | 1201 North Market Street |
| Wilmington, DE  19801 | P.O. Box 1347 |
| (302) 298-0700 | Wilmington, DE 19899 |
| kkeller@shawkeller.com | (302) 658-9200 |
| jcastellano@shawkeller.com | jblumenfeld@mnat.com |
| *Attorneys for Plaintiff* | acumings@mnat.com |
| | *Attorneys for Defendants* |

Dated: June 4, 2021

SO ORDERED this ____ day of June, 2021.

_____
       United States District Judge