IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-371-LPS |
| | ) |
| TRUSTWAVE HOLDINGS, INC., and SINGAPORE TELECOMMUNICATIONS LIMITED, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER TO EXTEND TIME**

The parties hereby STIPULATE and AGREE, subject to the approval of the Court, that the below case deadlines set forth in the Scheduling Order (D.I. 83) are extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff shall produce an initial claim chart relating each known accused product to the asserted claims each such product allegedly infringes. | September 15, 2021 | September 27, 2021 |
| Defendant shall produce its initial invalidity contentions for each asserted claim, as well as the known related invalidating references. | October 20, 2021 | November 12, 2021 |

/s/ Jeff Castellano
Karen E. Keller (No. 4489)
Jeff Castellano (No. 4837)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0700
kkeller@shawkeller.com
jcastellano@shawkeller.com
*Attorneys for Plaintiff*

Dated: August 31, 2021

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (No. 1014)
Alexandra M. Cumings (No. 6146)
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
acumings@morrisnichols.com
*Attorneys for Defendants*

SO ORDERED this ____ day of _____, 2021.

                                                                                                                                                                    _____
                                                                                                                                                                     United States District Judge