

Jeff Castellano
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0703
jcastellano@shawkeller.com

September 13, 2021

**BY CM/ECF**
The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    *Finjan LLC. v. Trustwave Holdings, Inc.*, C.A. No. 20-371-LPS

Dear Judge Stark:

      Pursuant to the Court's procedures regarding Discovery Matters, Finjan LLC ("Finjan") and Trustwave Holdings, Inc. ("Trustwave") write to request the scheduling of a discovery teleconference in the above-referenced matter.

      The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a meet-and-confer by telephone on September 3, 2021:

        <u>Counsel for Finjan</u>
        Delaware Counsel:   Jeff Castellano, Shaw Keller
        Lead Counsel:        Bijal Vakil, Allen & Overy

        <u>Counsel for Trustwave</u>
        Delaware Counsel:   Jack Blumenfeld, Morris Nichols
        Lead Counsel:        Jared Brandyberry, BakerHostetler

      The parties also met and conferred on August 12, 2021. The parties were unable to resolve certain matters during the telephonic meet-and-confer. The disputes requiring judicial attention are listed below:

1. Finjan's disclosures pursuant to Paragraph 7(a) of the Scheduling Order as to the basis for Finjan's inclusion of certain Trustwave products as accused products.

2. Trustwave's responses to Finjan's First Set of Interrogatories, Nos. 1-4, 6.

3. Trustwave's production of documents responsive to Finjan's First Set of Requests for Production of Documents, Nos. 1, 3, 5, 11, 13, 15, 17, 18, 19, 20, 25, 26.

4. Trustwave's disclosures pursuant to Paragraph 7(b) of the Scheduling Order as to 11 of the 15 accused products and sales information.

      We respectfully request that the Court set a discovery teleconference for resolution of these issues.

SHAW KELLER LLP
The Honorable Leonard P. Stark
Page 2

                                                  Respectfully,

                                                  */s/ Jeff Castellano*

                                                  Jeff Castellano (No. 4837)

cc:    Clerk of the Court (by CM/ECF)
        All counsel of record (by CM/ECF and email)