IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>TRUSTWAVE HOLDINGS, INC., and SINGAPORE TELECOMMUNICATIONS LIMITED,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 20-371-LPS<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION TO EXTEND TIME**

The parties hereby STIPULATE and AGREE, subject to the approval of the Court, that the deadline in the Scheduling Order to submit a Joint Claim Construction Chart (D.I. 83, ¶ 12) is extended from December 2, 2021 through and including December 3, 2021.

| | |
|---|---|
| */s/ Jeff Castellano*<br>Karen E. Keller (No. 4489)<br>Jeff Castellano (No. 4837)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>jcastellano@shawkeller.com<br>*Attorneys for Plaintiff* | */s/ Jack B. Blumenfeld*<br>Jack B. Blumenfeld (No. 1014)<br>Alexandra M. Cumings (No. 6146)<br>MORRIS, NICHOLS, ARSHT<br> & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>acumings@morrisnichols.com<br>*Attorneys for Defendants* |

Dated: December 2, 2021.

SO ORDERED this ___ day of December, 2021.

_____
United States District Judge