IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| FINJAN LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-371-LPS |
| | ) | |
| TRUSTWAVE HOLDINGS, INC., and | ) | |
| SINGAPORE TELECOMMUNICATIONS | ) | |
| LIMITED, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO EXTEND TIME**

The parties hereby STIPULATE and AGREE, subject to the approval of the Court, that the following submission and service deadlines in the Scheduling Order (D.I. 83) be extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Trustwave to serve initial invalidity contentions (D.I. 83, ¶ 7(d); extended by D.I. 99) | November 12, 2021 | December 13, 2021 |
| Parties to exchange a list of claim term(s)/phrase(s) for construction and preliminary proposed claim constructions (D.I. 83, ¶ 12) | November 11, 2021 | December 13, 2021 |
| Parties to submit joint claim construction chart (D.I. 83, ¶ 12; extended by D.I. 124) | December 3, 2021 | January 6, 2022 |
| Parties to submit technology tutorials (D.I. 83, ¶ 11) | January 13, 2022 | January 20, 2022 |
| Finjan to serve opening claim construction brief (D.I. 83, ¶ 13) | January 13, 2022 | January 20, 2022 |
| Parties to submit comments to opposing party's technology tutorial (D.I. 83, ¶ 11) | February 3, 2022 | February 10, 2022 |
| Trustwave to serve answering claim construction brief (D.I. 83, ¶ 13) | February 3, 2022 | February 10, 2022 |
| Finjan to serve reply claim construction brief (D.I. 83, ¶ 13) | February 24, 2022 | March 3, 2022 |
| Trustwave to serve sur-reply claim construction brief (D.I. 83, ¶ 13) | March 17, 2022 | March 24, 2022 |
| Parties to submit joint claim construction brief (D.I. 83, ¶ 13) | March 24, 2022 | March 31, 2022 |

The parties do not seek a continuance of the April 25, 2022 Claim Construction Hearing (D.I. 83,

¶ 14) or extension of any other case deadlines.

| | |
|---|---|
| */s/ Jeff Castellano* | */s/ Alexandra M. Cumings* |
| Karen E. Keller (No. 4489) | Jack B. Blumenfeld (No. 1014) |
| Jeff Castellano (No. 4837) | Alexandra M. Cumings (No. 6146) |
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT |
| I.M. Pei Building |  & TUNNELL LLP |
| 1105 North Market Street, 12th Floor | 1201 North Market Street |
| Wilmington, DE  19801 | P.O. Box 1347 |
| (302) 298-0700 | Wilmington, DE 19899 |
| kkeller@shawkeller.com | (302) 658-9200 |
| jcastellano@shawkeller.com | jblumenfeld@morrisnichols.com |
| *Attorneys for Plaintiff* | acumings@morrisnichols.com |
| | *Attorneys for Defendants* |

Dated: December 2, 2021.

SO ORDERED this ___ day of December, 2021.

_____
United States District Judge

2