IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN, INC., | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
|    v. | ) C.A. No. 20-371 (LPS) |
| | ) |
| TRUSTWAVE HOLDINGS, INC. and | ) |
| SINGAPORE TELECOMMUNICATIONS | ) |
| LIMITED, | ) |
| | ) |
|         Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties that, in order to accommodate the schedules of defendant's counsel, and subject to the approval of the Court, the time for the parties to submit a joint status report, as set forth in D.I. 123, is extended to and including December 9, 2021.

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Jeffrey T. Castellano* | */s/ Jack B. Blumenfeld* |
| Karen E. Keller (#4489) | Jack B. Blumenfeld (#1014) |
| Jeffrey T. Castellano (#4837) | Alexandra M. Cumings (#6146) |
| I.M. Pei Building | 1201 North Market Street |
| 1105 North Market Street, 12th Floor | P.O. Box 1347 |
| Wilmington, DE  19801 | Wilmington, DE  19899-1347 |
| (302) 298-0700 | (302) 658-9200 |
| kkeller@shawkeller.com | jblumenfeld@morrisnichols.com |
| jcastellano@shawkeller.com | acumings@morrisnichols.com |
| | |
| *Attorneys for Plaintiff Finjan, Inc.* | *Attorneys for Defendant Trustwave Holdings, Inc.* |

December 6, 2021

SO ORDERED this _____ day of December, 2021.

_____
The Honorable Leonard P. Stark