IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN LLC, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 20-371-LPS <br> ) |
| TRUSTWAVE HOLDINGS, INC., and <br> SINGAPORE TELECOMMUNICATIONS <br> LIMITED, | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

## JOINT CLAIM CONSTRUCTION CHART

| | |
|---|---|
| Karen E. Keller (No. 4489) <br> Jeff Castellano (No. 4837) <br> SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> kkeller@shawkeller.com <br> jcastellano@shawkeller.com <br> *Attorneys for Plaintiff* | Jack B. Blumenfeld (No. 1014) <br> Alexandra M. Cumings (No. 6146) <br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> acumings@morrisnichols.com <br> *Attorneys for Defendants* |

Dated: January 6, 2022

**TABLE OF EXHIBITS**

| Exhibit | Description | Pages |
|---|---|---|
| A | U.S. Patent No. 8,141,154 ('154 Patent) | A001-A016 |
| B | June 28, 2011 Non-Final Rejection | A017-A025 |
| C | October 5, 2011 Amendment and Response to Office Action | A026-A054 |
| D | November 2, 2011 Notice of Allowability | A055-A063 |
| E | December 22, 2011 Notice of Allowability | A064-A068 |
| F | IPR2016-00151 Paper 22 – Response | A069-A146 |
| G | IPR2016-00151 Paper 49 – Record of Oral Hearing | A147-A224 |
| H | IPR2016-00151 Paper 51 - FWD | A225-A250 |
| I | IPR2016-00151 Paper 60 – Record of Oral Hearing | A251-A341 |
| J | IPR2016-00151 Paper 62 - FWD | A342-A411 |
| K | IPR2016-00151 Exhibit 2035 – Medvidovic Del | A412-A460 |
| L | Finjan, Inc. v. Juniper Networks, Inc., 387 F. Supp. 3d 1004 (N.D. Cal. 2019) | A461-A475 |
| M | Finjan, Inc. v. Juniper Networks, Inc., 825 F. App'x 922 (Fed. Cir. 2020) | A476-A477 |

**AGREED CONSTRUCTIONS**

| No. | Asserted Claim | Terms for Construction | Agreed Construction |
|---|---|---|---|
| 1 | Claims 1, 4, 6, 10 | "a call to a first function" | "a statement or instruction in the content, the execution of which causes the function to provide a service" |

**DISPUTED CONSTRUCTIONS**

| No. | Asserted Claim | Terms for Construction | Plaintiff's Proposed Constructions and Supporting Intrinsic Evidence | Defendant's Proposed Constructions and Supporting Intrinsic Evidence |
|---|---|---|---|---|
| 1 | Claims 1, 4, 6-7, 10 | "content processor" / "process content" | No construction necessary: plain and ordinary meaning<br><br>Intrinsic Evidence:<br>'154 Patent at:<br><br>Abstract;<br>Figs. 1-5;<br>Claims 1-12;<br>Col. 2, ll. 24-27, 64-67;<br>Col. 3, ll. 1-67;<br>Col. 4, ll. 1-8, 15-26, 35-60;<br>Col. 5, ll. 3-67;<br>Col. 6, ll. 1-67;<br>Col. 7, ll. 1-65;<br>Col. 8, ll. 38-67;<br>Col. 9, ll. 1-67;<br>Col. 10, ll. 1-67;<br>Col. 11, ll. 1-67;<br>Col. 12, ll. 7-67;<br>Col. 13, ll. 1-67;<br>Col. 14, ll. 1-67;<br>Col. 15, ll. 1–67;<br>Col. 16, ll. 1–67;<br>Col. 17, ll. 1–29;<br>Tables I, II, and III.<br><br>'154 Patent File History, including:<br>June 28, 2011 Non-Final Rejection;<br>October 5, 2011 Amendment and Response to Office Action; and | "a processor that processes modified content on a client/user computer"<br><br>**Intrinsic Evidence:**<br><br>'154 Patent at 2:64-67; 3:3-30; 4:15-26; 4:35-54; 5:4-25; 5:26-52; 7:20-31; 9:6-12; 10:60-66; 11:28-34; 11:55-58; 12:7-23; 12:60-13:1; 13:63-14:16; 15:33-37; 15:52-64; 17:16-21; Claims 1-3, 6-8; Figures 1-5; Abstract.<br><br>'154 Patent File History at IPR2015-01979, Paper No. 62 at p. 5-16, 40-53; Paper No. 22 at p. 5-7, 21-23, 24-34, 36-39.<br><br>'154 Patent File History, Amendment and Response to Office Action dated October 5, 2011 at pp. 18-24.<br><br>'154 Patent File History, Notice of Allowability dated November 2, 2011 at p. 4.<br><br>'154 Patent File History, Notice of Allowability dated December 22, 2011 at p. 4.<br><br>The Federal Circuit's affirmance of this construction is binding in this action. |

| No. | Asserted Claim | Terms for Construction | Plaintiff's Proposed Constructions and Supporting Intrinsic Evidence | Defendant's Proposed Constructions and Supporting Intrinsic Evidence |
|---|---|---|---|---|
| | | | December 22, 2011 Notice of Allowance. | *Finjan, Inc. v. Juniper Networks, Inc.*, 387 F. Supp. 3d 1004 (N.D. Cal. 2019), *aff'd* 825 F. App'x 922 (Fed. Cir. 2020). |
| 2 | Claims 1, 4, 6, 10 | "first function" | No construction necessary: plain and ordinary meaning<br><br>Intrinsic Evidence:<br><br>'154 Patent:<br>Abstract;<br>Figs. 1–5;<br>Claims 1-12;<br>Col. 3, ll. 31-67;<br>Col. 4, ll. 35-60;<br>Col. 5, ll. 4-67;<br>Col. 6, ll. 1-67;<br>Col. 7, ll. 1-43;<br>Col. 9, ll. 1-67;<br>Col. 10, ll. 1-67;<br>Col. 11, ll. 1-67;<br>Col. 12, 1-67;<br>Col. 13, ll. 1-18, 29-67;<br>Col. 14, ll. 1-67;<br>Col. 15, ll. 1-7, 38-43, 48-64;<br>Col. 16, ll. 3-67;<br>Col. 17, ll. 1-;<br>Tables I, II, and III.<br><br>'154 Patent File History, including:<br>June 28, 2011 Non-Final Rejection;<br>October 5, 2011 Amendment and Response to Office Action; and | "substitute function"<br><br>**Intrinsic Evidence:**<br><br>'154 Patent at Abstract; 4:55-60; 5:4-52; 6:4-65; 9:6-11:4; 11:11-16; 11:41-46; 11:50-12:20; 13:29-36; 13:47-14:47; 14:61-15:7; 15:38-43; 15:48-64; 16:3-67; Figs. 2, 3, 4, 5; Table I, Table II, Table III.<br><br>'154 Patent File History at IPR2016-00151, Record of Oral Hearing (Paper No. 49), at 34:14-35:15; 59:2-20; 60:14-61:18; 63:2-16; 64:5-65:11; IPR2015-01979, Record of Oral Hearing (Paper No. 60), at 61:12-18; 67:17-23; 68:23-69:2; 71:16-23; IPR2015-01979, Final Written Decision (Paper No. 62), at pp. 6-10, 14-15; IPR2016-00151, Final Written Decision (Paper No. 51), at pp. 17-18; Medvidovic Declaration, Ex. 2035 in IPR2016-00151.<br><br>'154 Patent File History, Amendment and Response to Office Action dated October 5, 2011 at pp. 18-24.<br><br>'154 Patent File History, Notice of Allowability dated November 2, 2011 at p. 4. |

5

| No. | Asserted Claim | Terms for Construction | Plaintiff's Proposed Constructions and Supporting Intrinsic Evidence | Defendant's Proposed Constructions and Supporting Intrinsic Evidence |
|---|---|---|---|---|
| | | | December 22, 2011 Notice of Allowance | '154 Patent File History, Notice of Allowability dated December 22, 2011 at p. 4.<br><br>The Federal Circuit's affirmance of this construction is binding in this action. *Finjan, Inc. v. Juniper Networks, Inc.*, 387 F. Supp. 3d 1004 (N.D. Cal. 2019), *aff'd* 825 F. App'x 922 (Fed. Cir. 2020). |
| 3 | Claims 1, 4, 6, 10 | "second function" | No construction necessary: plain and ordinary meaning<br><br>'154 Patent:<br>Abstract;<br>Figs. 1–5;<br>Claims 1-12;<br>Col. 3, ll. 31-67;<br>Col. 4, ll. 35-60;<br>Col. 5, ll. 4-67;<br>Col. 6, ll. 1-67;<br>Col. 7, ll. 1-43;<br>Col. 9, ll. 3-67;<br>Col. 10, ll. 1-67;<br>Col. 11, ll. 1-67;<br>Col. 12, ll. 1-67;<br>Col. 13, ll. 1-18, 29-67;<br>Col. 14, ll. 1-67;<br>Col. 15, ll. 1-7, 38-43, 48-64;<br>Col. 16, ll. 3-67;<br>Col. 17, ll. 1-29;<br>Tables I, II, and III.<br><br>'154 Patent File History, including: | "original function, which is different than the first function"<br><br>**Intrinsic Evidence:**<br><br>'154 Patent at Abstract; 4:55-60; 5:4-52; 6:4-65; 9:6-11:4; 11:11-16; 11:41-46; 11:50-12:20; 13:29-36; 13:47-14:47; 14:61-15:7; 15:38-43; 15:48-64; 16:3-67; Figs. 2, 3, 4, 5; Table I, Table II, Table III.<br><br>'154 Patent File History at IPR2016-00151, Record of Oral Hearing (Paper No. 49), at 34:14-35:15; 59:2-20; 60:14-61:18; 63:2-16; 64:5-65:11; IPR2015-01979, Record of Oral Hearing (Paper No. 60), at 61:12-18; 67:17-23; 68:23-69:2; 71:16-23; IPR2015-01979, Final Written Decision (Paper No. 62), at pp. 6-10, 14-15; IPR2016-00151, Final Written Decision (Paper No. 51), at pp. 17-18; Medvidovic Declaration, Ex. 2035 in IPR2016-00151. |

6

| No. | Asserted Claim | Terms for Construction | Plaintiff's Proposed Constructions and Supporting Intrinsic Evidence | Defendant's Proposed Constructions and Supporting Intrinsic Evidence |
|---|---|---|---|---|
| | | | June 28, 2011 Non-Final Rejection; October 5, 2011 Amendment and Response to Office Action; and December 22, 2011 Notice of Allowance. | '154 Patent File History, Amendment and Response to Office Action dated October 5, 2011 at pp. 18-24.<br><br>'154 Patent File History, Notice of Allowability dated November 2, 2011 at p. 4.<br><br>'154 Patent File History, Notice of Allowability dated December 22, 2011 at p. 4. |
| 4 | Claims 1-2 and 6-7 | "receiver" | No construction necessary: plain and ordinary meaning<br><br>Not indefinite.<br><br>Intrinsic Evidence:<br>'154 Patent at:<br><br>Abstract;<br>Figs. 1-5;<br>Claims 1-12;<br>Col. 2, ll. 54-67;<br>Col. 3, ll. 1- 30;<br>Col. 4, ll. 55-60;<br>Col. 5, ll. 4-67;<br>Col. 6, ll. 1-67;<br>Col. 7, ll. 20-31, 51-65;<br>Col. 8, ll. 41-60;<br>Col. 10, ll. 15-67;<br>Col. 11, ll. 41-67;<br>Col. 12, ll. 1-67; | This term is governed by 35 U.S.C. 112 ¶ 6 but does not have a corresponding structure disclosed in the specification and is thus indefinite and lacks sufficient written description.<br><br>If held not to be a means-plus-function term, then "a hardware component separate from the content processor and transmitter"<br><br>**Intrinsic Evidence:**<br><br>'154 Patent at 6:60-65, 8:54-60, 15:26-29; Claims 1-3, 6-8; Figures 1-5. |

7

| No. | Asserted Claim | Terms for Construction | Plaintiff's Proposed Constructions and Supporting Intrinsic Evidence | Defendant's Proposed Constructions and Supporting Intrinsic Evidence |
|---|---|---|---|---|
| | | | Col. 15, ll. 14-64. | |
| 5 | Claims 1-3 and 6-7 | "transmitter" | No construction necessary: plain and ordinary meaning<br><br>Not indefinite.<br><br>Intrinsic Evidence:<br>'154 Patent at:<br><br>Abstract;<br>Figs. 1-5;<br>Claims 1-12;<br>Col. 2, ll. 54-67;<br>Col. 3, ll. 1-30;<br>Col. 4, ll. 55-60;<br>Col. 5, ll. 4-67;<br>Col. 6, ll. 1-67;<br>Col. 7, ll. 20-31, 51-65;<br>Col. 8, ll. 41-60;<br>Col. 10, ll. 15-67;<br>Col. 11, ll. 41-67;<br>Col. 12, ll. 1-67;<br>Col. 15, ll. 14-64;<br>Col. 17, ll. 8-29. | This term is governed by 35 U.S.C. 112 ¶ 6 but does not have a corresponding structure disclosed in the specification and is thus indefinite and lacks sufficient written description.<br><br>If held not to be a means-plus-function term, then "a hardware component separate from the content processor and receiver"<br><br>**Intrinsic Evidence:**<br><br>'154 Patent at 6:60-65, 8:54-60, 15:26-29; Claims 1-3, 6-8; Figures 1-5. |
| 6 | Claim 1, 4, 6, 10 | "input / "input variable" | No construction necessary: plain and ordinary meaning<br><br>Not indefinite.<br><br>Intrinsic Evidence:<br>'154 Patent at: | Information processed by both the first function/substitute function and the second function/original function and distinct from the first function/substitute function and the second function/original function |

| No. | Asserted Claim | Terms for Construction | Plaintiff's Proposed Constructions and Supporting Intrinsic Evidence | Defendant's Proposed Constructions and Supporting Intrinsic Evidence |
|---|---|---|---|---|
| | | | Abstract; Figs. 1–5; Claims 1-12; Col. 3, ll. 31-67; Col. 4, ll. 2-8, 35-54; Col. 5, ll. 4-67; Col. 6, ll. 1-67; Col. 7, ll. 1-67; Col. 9, ll. 3-67; Col. 10, ll. 10-60; Col. 11, ll. 5-67; Col. 12, ll. 3-67; Col. 13, ll. 1-18; Col. 13, ll. 29-36; Col. 14, ll. 17-35; Col. 15, ll. 8-13; Col. 17, ll. 8-29. | Otherwise, Indefinite under 35 U.S.C. § 112, ¶ 2<br><br>**Intrinsic Evidence**<br><br>'154 Patent at Abstract; Figures 2-5; 4:35-54, 5:4-7:65, 9:16-57, 10:4-14, 10:62-64, 11:5-10, 11:41-49, 11:63-12:24; 12:43-13:3. |
| 7 | Claims 1, 4 | "invoke [a/the] second function with the input" | Not indefinite.<br><br>**Intrinsic Evidence**<br><br>'154 Patent at claims 1 and 4. | Indefinite under 35 U.S.C. § 112, ¶ 2<br><br>**Intrinsic Evidence**<br><br>'154 Patent at claims 1 and 4. |
| 8 | Claims 6, 10 | "calling a function with the input variable" / "calling a second function with the modified input variable" | Not indefinite.<br><br>**Intrinsic Evidence**<br><br>'154 Patent at claims 6 and 10. | Indefinite under 35 U.S.C. § 112, ¶ 2<br><br>**Intrinsic Evidence**<br><br>'154 Patent at claims 6 and 10. |

| | |
|---|---|
| */s/ Jeff Castellano* | */s/ Jack B. Blumenfeld* |
| Karen E. Keller (No. 4489) | Jack B. Blumenfeld (No. 1014) |
| Jeff Castellano (No. 4837) | Alexandra M. Cumings (No. 6146) |
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| I.M. Pei Building | 1201 North Market Street |
| 1105 North Market Street, 12th Floor | P.O. Box 1347 |
| Wilmington, DE  19801 | Wilmington, DE 19899 |
| (302) 298-0700 | (302) 658-9200 |
| kkeller@shawkeller.com | jblumenfeld@morrisnichols.com |
| jcastellano@shawkeller.com | acumings@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated: January 6, 2022