IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 20-371-LPS |
| TRUSTWAVE HOLDINGS, INC., and SINGAPORE TELECOMMUNICATIONS LIMITED, | ) ) ) ) |
| Defendants. | ) ) |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for the parties to submit technology tutorials (D.I. 83, ¶11) is extended through and including January 25, 2022.

| | |
|---|---|
| */s/ Karen E. Keller* | */s/ Alexandra M. Cumings* |
| Karen E. Keller (No. 4489) | Jack B. Blumenfeld (No. 1014) |
| Jeff Castellano (No. 4837) | Alexandra M. Cumings (No. 6146) |
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT |
| I.M. Pei Building | & TUNNELL LLP |
| 1105 North Market Street, 12th Floor | 1201 North Market Street |
| Wilmington, DE  19801 | P.O. Box 1347 |
| (302) 298-0700 | Wilmington, DE 19899 |
| kkeller@shawkeller.com | (302) 658-9200 |
| jcastellano@shawkeller.com | jblumenfeld@morrisnichols.com |
| *Attorneys for Plaintiff* | acumings@morrisnichols.com |
| | *Attorneys for Defendants* |

Dated: January 18, 2022

IT IS SO ORDERED, this ____ day of January, 2022.

_____
Unites States District Judge

1