# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@morrisnichols.com

January 25, 2022

*VIA ELECTRONIC FILING*

The Honorable Leonard P. Stark
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

> Re: *Finjan, Inc. v. Trustwave Holdings, Inc., et al.*
> C.A. No. 20-371 (LPS)

Dear Judge Stark:

Pursuant to Paragraph 11 of the Scheduling Order (D.I. 83) and the January 18, 2022 Stipulation Extending the Time to Submit Technology Tutorials (D.I. 133), Defendant Trustwave Holdings, Inc. submits its tutorial concerning the technology at issue.

Respectfully,

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

JBB/bac
Enclosure

cc: All Counsel of Record (via electronic mail; w/enclosure)