

Jeff Castellano
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0703
jcastellano@shawkeller.com

January 25, 2022

**BY CM/ECF**
The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:    *Finjan LLC. v. Trustwave Holdings, Inc.*, C.A. No. 20-371-LPS

Dear Judge Stark:

    Pursuant to paragraph 11 of the Scheduling Order in this case, D.I. 83, plaintiff Finjan LLC hereby submits its technology tutorial, which may be viewed or downloaded at the following link: https://shawkeller.sharefile.com/d-sfc52e0e42d1d4dfcb6c4877121a61c7d

    Finjan is also emailing the above link to the Court.

    If the Court experiences any difficulties in viewing the presentation, please let us know.

    Respectfully,

    */s/ Jeff Castellano*

    Jeff Castellano (No. 4837)

cc:    Clerk of the Court (by CM/ECF)
       All counsel of record (by CM/ECF and email)