

Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0704
arussell@shawkeller.com

March 3, 2022

**BY CM/ECF**
The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

  Re: *Finjan LLC. v. Trustwave Holdings, Inc.*, C.A. No. 20-371-LPS

Dear Judge Stark:

  Pursuant to the Scheduling Order in the above-referenced matters, (D.I. 83, at ¶ 14), the parties submit this joint letter regarding the claim construction hearing scheduled for April 25, 2022, at 9 AM.

  The parties request a total of two and a half hours be allocated to them for the hearing. Neither party requests leave to present testimony at the hearing.

  Counsel is available should the Court have any questions.

            Respectfully,

            */s/ Andrew E. Russell*

            Andrew E. Russell

cc: Clerk of the Court (by CM/ECF)
   All counsel of record (by CM/ECF & e-mail)