

Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0704
arussell@shawkeller.com

March 18, 2022

**BY CM/ECF & HAND DELIVERY**
The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    *Finjan LLC. v. Trustwave Holdings, Inc.*, C.A. No. 20-371-RGA

Dear Judge Andrews and Judge Fallon:

      Plaintiff Finjan LLC ("Finjan") and Defendant Trustwave Holdings, Inc. ("Trustwave") write to jointly request that the Court refer this patent case to Judge Fallon for mediation pursuant to paragraphs 2 and 3 of the Court's March 14, 2022 Standing Order 2022-2. Judge Fallon held a previous mediation conference for this case in October 2021. D.I. 88. The parties have since engaged in direct discussions, and both parties believe that a follow-on mediation with Judge Fallon would be helpful in resolving this case in the most efficient way for both the parties and the Court.

      Counsel are available should the Court have any questions or concerns.

      Respectfully,

      */s/ Andrew E. Russell*

      Andrew E. Russell (No. 5382)

cc:    Clerk of the Court (by CM/ECF & hand delivery)
       All counsel of record (by CM/ECF & e-mail)