IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| FINJAN LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRUSTWAVE HOLDINGS, INC., and SINGAPORE TELECOMMUNICATIONS LIMITED,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 20-371-RGA<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT APPENDIX TO JOINT CLAIM CONSTRUCTION BRIEF**

| | |
|---|---|
| Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br><br>OF COUNSEL:<br>Bijal V. Vakil<br>Jeremy T. Elman<br>ALLEN & OVERY LLP<br>550 High Street<br>Palo Alto, CA  94301<br>(650) 388-1650<br>*Attorneys for Plaintiff Finjan LLC* | Jack B. Blumenfeld (No. 1014)<br>Alexandra M. Cumings (No. 6146)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>acumings@morrisnichols.com<br><br>OF COUNSEL:<br>John S. Letchinger<br>BAKER & HOSTETLER LLP<br>191 North Wacker Drive, Suite 3100<br>Chicago, IL 60606-1901<br>(312) 416-6200<br>jletchinger@bakerlaw.com<br><br>Jared A. Brandyberry<br>BAKER & HOSTETLER LLP<br>1801 California Street, Suite 4400<br>Denver, CO 80202<br>(303) 764-4072<br>jbrandyberry@bakerlaw.com<br>*Attorneys for Defendant Trustwave Holdings, Inc.* |

Dated: March 31, 2022

| Exhibit | Description |
|---|---|
| A-M | See exhibits to Joint Claim Chart, D.I. 131 |
| N-1 | *Palo Alto Networks, Inc. v. Finjan, Inc.*, 836 F. App'x 916, 917 (Fed. Cir. 2020) |
| N-2 | *Finjan, Inc. v. Rapid7, Inc., et al.*, No. 1:18-cv-01519-CJB, D.I. 123 (D. Del. Feb. 5, 2020) |
| N-3 | *Finjan, Inc. v. Proofpoint, Inc.*, No. 4:13-cv-05808-HSG, D.I. 267 (N.D. Cal. Dec. 3, 2015) |
| N-4 | *Finjan, Inc. v. Symantec Corp.*, No. 4:14-cv-02998-HSG, D.I. 170 (N.D. Cal. Feb. 10, 2017) |
| N-5 | *Finjan, Inc. v. Bitdefender Inc.*, No. 4:17-cv-04790-HSG, D.I. 101 (N.D. Cal. Feb. 14, 2019) |
| N-6 | *Finjan, Inc. v. Qualys Inc*, No. 4:18-CV-07229-YGR, 2020 WL 3101040 (N.D. Cal. June 11, 2020) |
| O | IPR2016-00151, Paper 51 |
| P | *Finjan, Inc. v. Juniper Networks, Inc.*, No. 19-2405, D.I. 18 (Fed. Cir. 2019) |