IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>TRUSTWAVE HOLDINGS, INC., and SINGAPORE TELECOMMUNICATIONS LIMITED,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 20-371-RGA<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATED [PROPOSED] ORDER STAYING ACTION FOR THREE MONTHS**

WHEREAS, the parties have been engaged in settlement discussions and agreed to stay all deadlines in this action for three months to allow those discussions to progress; and

WHEREAS, on May 18, 2022, the Delaware Superior Court ordered Plaintiff Finjan LLC and Defendant Trustwave Holdings, Inc. to engage in mediation in the action captioned *Finjan Inc. v. Trustwave Holdings, Inc.*, C.A. No. N18C-04-006-WCC-CCLD (Del. Super. Ct.) in the event the parties' ongoing business-to-business settlement discussions do not result in a resolution of the case by June 30, 2022, where the parties have concurrently filed to a Stipulation to Stay until June 30, 2022;

IT IS HEREBY STIPULATED, SUBJECT TO THE APPROVAL OF THE COURT, that all deadlines in this action shall be stayed in their entirety through and including August 24, 2022, including the Markman Hearing scheduled for July 5, 2022 at 9:00 a.m. (D.I. 83, 150, 155). If this action is not dismissed by agreement of the parties on or before September 6, 2022, the parties shall submit a revised proposed scheduling order by September 20, 2022.

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Andrew E. Russell* | /s/ *Jack B. Blumenfeld* |
| Karen E. Keller (#4489) | Jack B. Blumenfeld (#1014) |
| Andrew E. Russell (#5382) | Alexandra M. Cumings (#6146) |
| I.M. Pei Building | 1201 North Market Street |
| 1105 North Market Street, 12th Floor | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 298-0700 | (302) 658-9200 |
| kkeller@shawkeller.com | jblumenfeld@morrisnichols.com |
| arussell@shawkeller.com | acumings@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Trustwave Holdings, Inc.* |

Dated: May 24, 2022

IT IS SO ORDERED, this ___ day of _____, 2022.

_____
Unites States District Judge