IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>TRUSTWAVE HOLDINGS, INC., and SINGAPORE TELECOMMUNICATIONS LIMITED,<br><br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 20-371-RGA-MPT |

## STIPULATION AND ORDER OF DISMISSAL

The parties hereby stipulate and agree, subject to the Court's approval, that this action is and shall be dismissed with prejudice, with each party to bear its own fees and costs.

| | |
|---|---|
| */s/ Karen E. Keller*<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>*Attorneys for Plaintiff* | */s/ Alexandra M. Cumings*<br>Jack B. Blumenfeld (No. 1014)<br>Alexandra M. Cumings (No. 6146)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>acumings@morrisnichols.com<br>*Attorneys for Defendants* |

Dated: September 7, 2022

SO ORDERED this _____ day of _____, 2022.

_____
United States District Judge